FILED: August 12, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4239
(1:24-cr-00125-LMB-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JOSE ALEJANDRO BELMONTE CARDOZO, a/k/a Jose Belmonte

      Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 09/09/2025

Opening brief due: 09/09/2025

Response brief due: 09/30/2025

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk