UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4239
(1:24-cr-00125-LMB-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOSE ALEJANDRO BELMONTE CARDOZO, a/k/a Jose Belmonte

    Defendant - Appellant

-------------------------------

KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY; REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS

    Amici Supporting Appellant

_____

O R D E R
_____

The Knight First Amendment Institute at Columbia University and Reporters Committee for Freedom of the Press have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

Counsel is directed to file an appearance form within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk