UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4239
(1:24-cr-00125-LMB-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JOSE ALEJANDRO BELMONTE CARDOZO, a/k/a Jose Belmonte

        Defendant - Appellant

-------------------------------

KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY; REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS; AMERICAN CIVIL LIBERTIES UNION; ELECTRONIC FRONTIER FOUNDATION; NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; ACLU OF MARYLAND; ACLU OF NORTH CAROLINA; ACLU OF SOUTH CAROLINA; ACLU OF VIRGINIA

        Amici Supporting Appellant

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 01/12/2026.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk