IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Appellee, | ) ) ) |
| v. | ) No. 25-4239 |
| JOSE BELMONTE CARDOZO, | ) ) ) |
| Defendant-Appellant. | ) ) |

**Errata Sheet for Government's Response Brief**

In reviewing the defendant's reply brief, the undersigned identified a typographical error in the government's response brief. Accordingly, the government hereby files a corrected response brief reflecting the following correction:

| Section | Subsection | Page Number | Correction |
|---|---|---|---|
| Argument | B | 43 | Replaces "and" with "or" in the phrase: "significantly increasing" and the country fails . . . |

Respectfully submitted,

Lindsey Halligan
United States Attorney
Special Attorney

Todd W. Blanche
Deputy Attorney General

By: _____/s/_____
Lauren Halper
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700

2