FILED: August 4, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4239
(1:24-cr-00125-LMB-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JOSE ALEJANDRO BELMONTE CARDOZO, a/k/a Jose Belmonte

        Defendant - Appellant

------------------------------

KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY;
REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS; AMERICAN
CIVIL LIBERTIES UNION; ELECTRONIC FRONTIER FOUNDATION;
NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; ACLU
OF MARYLAND; ACLU OF NORTH CAROLINA; ACLU OF SOUTH
CAROLINA; ACLU OF VIRGINIA

        Amici Supporting Appellant

_____

M A N D A T E

_____

The judgment of this court, entered 07/13/2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*